IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAQUAN MINOR,<br><br>        Defendant. | CASE NO.: 4:23-cr-21 |

**O R D E R**

On March 11, 2024, the Honorable William T. Moore, Jr. granted a sixty-day continuance in this case to provide the parties additional time to conduct plea negotiations. (Doc. 64.) As that time for continuance has now lapsed with no notice by the parties of a plea agreement, it appears this case is ready for trial. However, the Court hereby **DIRECTS** the parties to confer and file another status report **on or before May 31, 2024**, notifying the Court as to the current status of the case. The joint status report shall indicate whether (1) the parties are prepared to proceed to trial, and, if they are, list three potential dates for a status conference within the following 14 days; or, (2) if the parties believe the case will result in a negotiated plea agreement, whether additional time is needed for plea negotiations. In complying with this Order, the parties are DIRECTED to use Magistrate Judge Ray's Criminal Status Report form.

**SO ORDERED**, this 28th day of May, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA